AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 5 2019

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br><br>Henry Montgomery<br>*Defendant* | )<br>)  Case No.   2:15cr341-LSC-01<br>)<br>)  ED AR # 4:19 mj 190 BD<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Henry Montgomery

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Pretrial Release Violation Petition
☐ Order of the Court

This offense is briefly described as follows:
1) Failure to notify the probation officer of change of address
2) Failure to notify the probation officer of change in employment
3) New law violation conduct

COPY
ORIGINAL WARRANT ON FILE.
THIS COPY FOR INVESTIGATIVE PURPOSES ONLY

2019 JAN 18 AM 11:47 RECEIVED

Date: 1/18/19

_____
Issuing officer's signature

City and state: Montgomery, AL

Debra P. Hackett, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

# United States District Court

for

# Middle District of Alabama

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 25 2019

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Henry Montgomery     Case Number: 2:15cr341-LSC

Name of Sentencing Judicial Officer: The Honorable L. Scott Coogler, United States District Judge

Date of Original Sentence: January 12, 2017

Original Offense: Failure to Register as a Sex Offender

Original Sentence: Thirty (30) months custody followed by a five (5) year term of supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: September 22, 2017

Assistant U.S. Attorney: Hollie Worley Reed     Defense Attorney: Cecilia Vaca

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

☒ That the petition filed on July 27, 2018, (Doc. No. 46), be amended

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Violation 1—Standard Condition #5:** "You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change…" | On July 24, 2018, the probation officer attempted to make contact with Henry Montgomery at his residence (RESTOR Shelter) and was informed that Montgomery was no longer at the facility. The director (Reverend Dixon) advised that Montgomery left the facility last week (week of July 16) and has not returned. Montgomery's whereabouts were unknown to the probation officer until his arrest on July 31, 2018 by the U. S. Marshals Service. |

ATTEST: A True Copy.
Certified to _____ 1/18, 20 19
Clerk, U.S. District Court,
Middle District of Alabama

BY _____
Deputy Clerk

2019 JAN 18 AM 11:17 RECEIVED

RE: Montgomery, Henry
    Dkt. # 2:15cr341-LSC
    **PROB 12C**

| | |
|---|---|
| **Violation 2—Standard Condition #4:** "You must answer truthfully the questions asked by your probation officer." | On July 31, 2018, Henry Montgomery informed the probation officer that he obtained employment at Koch Foods and he had been working from 10:00 p.m. until 6:00 a.m. The probation officer made contact with the Human Resource department of Koch Foods and was informed that Montgomery was not an employee. |
| **Violation 3—Mandatory Condition #3:** "You must refrain from any unlawful use of a controlled substance..." | On July 31, 2018, Henry Montgomery admitted to the probation officer that he used marijuana on July 6, 2018. Montgomery signed an admission of use form. |
| **Violation 4—Standard Condition #5:** "You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change..." | At a revocation hearing on November 6, 2018, Montgomery's conditions were modified to require that he reside at Vineyard Homes beginning December 1, 2018. On January 11, 2019, the probation officer attempted to make contact with Henry Montgomery at his residence (Vineyard Homes) and was informed that Montgomery had not been at the facility for the past two weeks. Montgomery did not have permission from the probation officer to leave Vineyard Homes. He has failed to return and his whereabouts are unknown to the probation officer at this time. |
| **Violation 5—Standard Condition #7:** "You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so." | On January 11, 2019, the probation made contact with the owner (Rob Morrison) of Landscape Associates to inquire about the offender's whereabouts. He informed the probation officer that Montgomery never reported to work after he was released from jail on December 1, 2018. |

RE: Montgomery, Henry
Dkt. # 2:15cr341-LSC
**PROB 12C**

| | |
|---|---|
| **Violation 6—** **Mandatory Condition #1:** "You must not commit another federal, state or local crime." | On January 11, 2019, the probation officer was made aware that Henry Montgomery has not resided at Vineyard Homes for several consecutive days. Montgomery is required to notify local law enforcement immediately and update the information in each county which he resides. Montgomery is considered to have vacated his residence at Vineyard Homes as he has resided elsewhere three or more consecutive days without notifying local law enforcement. His conduct violates 15-20A-10 of the Alabama Sex Offender Registration and Community Notification Act. |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/17/2019

by /s/ Marcus Simmons
Senior United States Probation Officer
Date: January 17, 2019

Reviewed and approved by: /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

☐ That the petition filed on July 27, 2018 (Doc. No. __46__), is amended once again, having previously been amended on August 13, 2018 (doc. 63).

/s/ L. Scott Coogler
UNITED STATES DISTRICT JUDGE

1/18/2019
Date